IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEVI PACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   2:08-CV-0789-WMA-PWG |
| | ) |
| MAILROOM CLERK ELLIE HESTER, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on June 26, 2009, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.

The plaintiff filed objections on July 7, 2009, in which he maintained the conclusions reached by the magistrate judge were erroneous, but merely restated his original arguments to support that claim. The plaintiff is incredulous that the magistrate judge could conclude that he was not injured by the actions of the defendants and claims that the behavior citation could adversely affect his chance for parole. Alabama prisoners do not have a liberty interest in parole, thus, plaintiff's claim about any possible effect the behavior citation could have on future actions by the parole board does not state a constitutional claim.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and

that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

    DONE this the 23rd day of July, 2009.

                                                                     _____
                                                                      WILLIAM M. ACKER, JR.
                                                                      UNITED STATES DISTRICT JUDGE